TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-99-00760-CR

Angela Davis, Appellant

v.

The State of Texas, Appellee

FROM THE DISTRICT COURT OF WILLIAMSON COUNTY, 277TH JUDICIAL DISTRICT

NO. 99-223-K277, HONORABLE JOHN R. CARTER, JUDGE PRESIDING

PER CURIAM

Appellant's motion to dismiss this appeal is granted. See Tex. R. App. P. 42.2(a). 
The appeal is dismissed.

Before Chief Justice Aboussie, Justices B. A. Smith and Yeakel

Dismissed on Appellant's Motion

Filed: November 30, 1999

Do Not Publish